PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steve Lawson                  Cr.: 07-cr-00797

Name of Sentencing Judicial Officer: Charles H. Haden II
Name of Current Judicial Officer: Susan D. Wigenton (10-04-07: Transfer of Jurisdiction)

Date of Original Sentence: 11-03-97

Original Offense: Conspiracy to Distribute and Possess W/I to Distribute Cocaine Base

Original Sentence: 87 months custody and five years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 03/24/03

Assistant U.S. Attorney: To be assigned        Defense Attorney: To be assigned

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'**<br><br>On April 21, 2007; May 12, 2007; June 10, 2007; July 7, 2007; August 4, 2007; and August 26, 2007, Lawson left the District of New Jersey without the permission of the Court or his U.S. Probation Officer. |
| 2 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**<br><br>On July 31, 2007, Lawson was pulled over by Charleston, West Virginia Police and issued a warning for speeding. He failed to notify the U.S. Probation Office either via telephone or in his monthly supervision report, of this contact, which included questioning by a law enforcement officer. |

3     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

On September 27, 2007, Lawson denied when asked a direct question, if he had left the District of New Jersey without approval.

4     The offender has violated the supervision condition which states '**You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**'

From April 2007 through September 2007, Lawson provided false and fraudulent information on his monthly supervision reports. Lawson failed to report his access to seven different rental vehicles rented in his own name.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin Villa
U.S. Probation Officer
Date: October 30, 2007

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

November 7, 2007
Date