PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Steve Lawson                                   Cr.: 07-cr-00797

Name of Sentencing Judicial Officer: Honorable Charles H. Haden II (SD/WV)
Name of Current Judicial Officer: Honorable Susan D. Wigenton (10-04-07: Transfer of Jurisdiction)

Date of Original Sentence: 11-03-97

Original Offense: Conspiracy to Distribute and Possess W/I to Distribute Cocaine Base

Original Sentence: 87 months custody and five years supervised release

Type of Supervision: Supervised release                Date Supervision Commenced: 03-24-03

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence until such time as the violation of supervised release, filed on November 7, 2007, is adjudicated. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. However, this period of home confinement should not exceed six months without further judicial review.

## CAUSE

Enhanced bail condition until pending violation of supervised release is adjudicated.

Respectfully submitted,
By: Kevin Villa
U.S. Probation Officer
Date: 11-20-07

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant is to be confined to his residence until such time as the violation of supervised release, filed on November 7, 2007, is adjudicated. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. However, this period of home confinement shall not exceed six months without further judicial review.

Witness: *[signature]*
U.S. Probation Officer
Kevin Villa

Signed: *[signature] Steve Lawson*
Supervised Releasee
Steve Lawson

*11-21-07*
DATE