PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Steve Lawson                                    Cr.: 07-cr-00797

Name of Sentencing Judicial Officer: Honorable Charles H. Haden II (SD/WV)
Name of Current Judicial Officer: Honorable Susan D. Wigenton (10-04-07: Transfer of Jurisdiction)

Date of Original Sentence: 11-03-97

Original Offense: Conspiracy to Distribute and Possess W/I to Distribute Cocaine Base

Original Sentence: 87 months custody and five years supervised release

Type of Supervision: Supervised release          Date Supervision Commenced: 03-24-03

### PETITIONING THE COURT

[X]   To modify the conditions of supervised release by removing the requirement that Lawson participate in an electronically monitored home confinement program:

### CAUSE

On November 15, 2007, Steve Lawson signed a Modification of Conditions (Probation Form 49) to include home confinement with electronic monitoring. On November 26, 2007, Your Honor approved said modification. The offender will be relocating to the Southern District of West Virginia. As such, the probation office now petitions the Court to remove the above noted special condition.

Respectfully submitted,
By: Kevin Villa
    U.S. Probation Officer
Date: 01-15-08

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action

Signature of Judicial Officer

January 16, 2008
Date