PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elior Rosenkrantz            Cr.: 05-00797-001
                                                                   PACTS Number: 42369

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 01/30/07

Original Offense: Bulk Cash Smuggling; Making False Statements to the Department of Homeland Security

Original Sentence: 41 Months Imprisonment; 3 Years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/6/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for     Years, for a total term of     Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The offender suffers from depression and is in need of mental health treatment and counseling.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 03/09/10

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer *by designation*
U.S.C.J. (sitting on the District Court)

3/22/10
Date

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Elior Rosenkrantz, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Probation, and request a hearing thereon with my reasons stated below:

Signed:_____
(Date)

---

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I, Elior Rosenkrantz, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision. I have read the Notice and understand that I have the right to a hearing before the Court on that request and to the assistance of counsel at the hearing. However, I hereby waive (give up) my right to a hearing and agree to the proposed modifications of conditions of probation. I also certify that no promises have been made to me in order to induce me to give up my right to a hearing.

Signed: _[signature]_  2/26/10
(Date)

WITNESS:

_Maureen O'Hara_
Name

_600 Arch St., Suite 2400, Phila, PA 19106_
Address